# UNITED STATES DISTRICT COURT
for the
Northern District of California

FILED
Mar 04 2024
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Erika Melendez | ) | Case No.  3:24-mj-70302 MAG |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of **Friday, March 1, 2024** in the county of **San Francisco** in the **Northern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1) | Assault on Federal Officer or Employee |

This criminal complaint is based on these facts:

Please see attached complaint, which is incorporated by reference.

☑ Continued on the attached sheet.

/s/ Casey Smith
*Complainant's signature*

Casey Smith, FBI Special Agent
*Printed name and title*

Approved as to form  /s/ Matthew Chou
                     AUSA Matthew Chou

Sworn to before me by telephone.

Date: 03/04/2024

City and state:

Hon. Laurel Beeler, United States Magistrate Judge
*Printed name and title*

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Casey Smith, Special Agent of the Federal Bureau of Investigation ("FBI"), being duly sworn, hereby declare as follows:

### INTRODUCTION AND PURPOSE OF AFFIDAVIT

1. This Affidavit is being submitted in support of an application for a criminal complaint and arrest warrant charging **ERIKA MELENDEZ** ("**MELENDEZ**") with one count of assault of a federal employee, in violation of 18 U.S.C. § 111(a)(1). On Friday, March 1, 2024, at approximately 11:20 a.m., MELENDEZ assaulted an FBI employee directly across the street from the Phillip Burton Federal Building at 450 Golden Gate Avenue in San Francisco. The assault took place immediately after the employee parked his FBI vehicle and before he entered the building during regular work hours, while executing his duties as an FBI Special Agent. MELENDEZ approached the victim and, without provocation, struck the victim twice while simultaneously acknowledging the victim was an FBI Agent. After striking the victim, MELENDEZ continued to yell at the victim, expressed discontent with the FBI, threatened to have the victim killed because he was an FBI Agent, and yelled a phrase in Spanish at passersby that means "kill him!" in English.

2. MELENDEZ has previously assaulted a federal employee while in the vicinity of the Phillip Burton Federal Building. On December 18, 2023, MELENDEZ was convicted in San Francisco Criminal Court for the assault of another Federal employee on August 31, 2023. As a result of that incident, the court issued a Stay Away Order, prohibiting her from being within 150 yards of the previous victim/protected party and 450 Golden Gate Avenue in San Francisco until December 18, 2026.  On March 1, 2024, as described in this Affidavit, MELENDEZ assaulted

1

another FBI employee while being within 150 yards of 450 Golden Gate Avenue in San Francisco.

3. The facts and information set forth in this Affidavit are based on my personal observations, review of records and images, my training and experience, and, as specifically attributed below, information obtained from law enforcement officers and witnesses. To the extent that any information in this Affidavit is not within my personal knowledge, it has been made available to me through reliable law enforcement sources, and I believe such information to be true.

4. Because this Affidavit is submitted for the limited purpose of demonstrating probable cause for the issuance of a criminal complaint and arrest warrant for MELENDEZ, I have not included all facts known to me concerning this case. Rather, I have set forth only those facts that I believe are necessary to support the criminal complaint and lawful arrest of the individual listed in this Affidavit.

5. Where statements made by other individuals (including other Special Agents and law enforcement officers) are referenced in this Affidavit, such statements are described in sum and substance and in relevant part. Similarly, where information contained in reports and other documents or records are referenced in this Affidavit, such information is also described in sum and substance and in relevant part. My understanding of the facts and circumstances of the case may evolve as the investigation progresses.

### AGENT'S BACKGROUND AND EXPERTISE

6. I am an FBI Special Agent. I have been employed as a Special Agent of the FBI since February of 2022. I have completed FBI Special Agent training at the FBI Academy in Quantico, Virginia, and have completed training in various areas, including, but not limited to,

criminal procedure, search and seizure, violent crimes, and gang organizations. I have also spoken to, and worked with, more experienced federal, state, and local law enforcement agents and officers. I am currently assigned to the San Francisco Field Division, where my responsibilities include, among other things, conducting investigations into violations of federal criminal law, including violent crimes in violation of 18 U.S.C. § 111. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7). Thus, I am an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in 18 U.S.C. § 2516. Prior to my employment as an FBI special agent, I worked consecutively as a local police officer since June of 2013. During this time, I investigated various criminal violations and authored over a thousand criminal complaints and warrants that led to apprehensions and successful convictions in state and local courts.

## APPLICABLE LAW

7.      18 U.S.C. § 111(a)(1) prohibits the assault of any officer or employee of the United States Government (including any member of the uniformed services) while such officer or employee is engaged in or on account of the performance of official duties. To prove a violation of this statute, the government must prove (1) the defendant forcibly assaulted a federal employee; and (2) the defendant did so while the federal employee was engaged in, or on account of her official duties. *See* Ninth Circuit Criminal Jury Instructions No. 8.1. In addition, the offense is a felony when the defendant made physical contact with the federal officer or employee. *Id.*

## FACTS ESTABLISHING PROBABLE CAUSE

### A. Overview of the Victim's position with the United States Government

8. On March 1, 2024, FBI Employee ("Victim"), was so employed by the United States Government as a Special Agent, assigned to the San Francisco FBI Field Office, Counterterrorism Branch. The Victim has been employed by the FBI since June 18, 2023, and is responsible, primarily, for investigating terrorist threats inside the United States, providing information on terrorists outside the country, tracking known terrorists worldwide, and maintaining an immediate readiness to deploy, as needed, for emergencies. Additionally, the Victim's duties include Special Event Coordination, which includes, but is not limited to, supporting the management of special events such as Super Bowls and other major sporting events, concerts, conferences, planned protests, etc. in support of the FBI San Francisco Division and protecting the public from terrorist threats or activities during these special events.

9. The Victim's daily roles and responsibilities often include conducting interviews, surveillance, executing arrests, and search warrants. The Victim has been issued an unmarked vehicle that is owned and maintained by the FBI for daily use and execution of FBI duties and responsibilities.

10. The Victim works primarily in his designated office space within the Phillip Burton Federal Building unless his duties and responsibilities require his deployment in the field. Given his position, the Victim regularly works 50 hours a week, Monday thru Friday, unless he is on pre-approved leave. As a part of the Victim's duties and responsibilities as a Special Agent, he is required to maintain 24-hour availability and readiness for rapid deployment for unexpected circumstances or emergencies, unless on pre-approved leave. On March 1, 2024, the Victim was

working normal hours and executing his normal duties as an FBI Agent at the time he was assaulted.

**B.     The Victim's Performance of Official Duties**

11.     On March 1, 2024, the Victim was engaged in the performance of official duties at the time of the assault. The Victim had previously deployed into the field, driving an FBI-issued vehicle, to conduct an interview during the morning hours of March 1, 2024. The Victim returned to the office to continue his normal duties during regular work hours. The Victim had parked his FBI-issued vehicle on Turk Street, near Larkin Street, within approximately 20 yards from the Phillip Burton Federal Building, located at 450 Golden Gate Avenue, San Francisco, California 94102, in the Northern District of California.

12.     The Victim had on him, on account of the performance of his official duties, his concealed duty weapon, law enforcement badge, and FBI-issued credentials. The Victim was wearing civilian clothes with all FBI and law enforcement markings and insignias concealed. Additionally, in the Victim's possession, including on his person and within his FBI-issued car, he had with him his government-issued Security Access Control Systems badge, Personal Identification Verification card, RSA SecurID access management token, various other access cards, FBI-issued cell phone, ammunition, firearm magazines, ballistic vests, tactical gear, medical gear, FBI-issued laptop computer, a briefcase containing work related case material, to include the notes from his interview conducted earlier that morning, and various other FBI-issued equipment, gear, and materials.

13.     The Victim was readily available for emergency deployment, consistent with his duties and responsibilities, and intended to return to his designated office space to complete an

interview report, in additional to other duties, in execution of his official duties on that date. The Victim was not engaged in personal frolic.

**C.     The Victim Arrived and Parked Near the Phillip Burton Federal Building**

14.     On March 1, 2024, at approximately 11:20 AM, the Victim arrived and parked his FBI-issued vehicle on Turk Street, facing west, near Larkin Street, within approximately 20 yards from the Phillip Burton Federal Building. The Victim placed an FBI-issued parking placard on the dashboard of his vehicle, which read: "United States Department of Justice [line break] The vehicle displaying this notice is the property of the U.S. Department of Justice and when displayed this vehicle is being utilized in an official capacity." The Victim observed an unknown female walking east on the sidewalk towards his vehicle. The female was unknown to the Victim and indicated no initial cause for concern.

**D.     The Victim Exited his Vehicle**

15.     At approximately 11:20 AM, the Victim exited his vehicle and intended to place a backpack containing FBI-issued gear inside the secured trunk of the vehicle and retrieve a briefcase containing and FBI-issued laptop computer and work-related material from the trunk, prior to entering the Phillip Burton Federal Building. The Victim was standing behind the vehicle, facing the trunk, when approached by the unknown female. The unknown female was later identified as MELENDEZ.

**E.     MELENDEZ Assaults the Victim in Unprovoked Attack**

16.     At approximately 11:20 AM, MELENDEZ was walking east on the sidewalk north of Turk Street when she passed the Victim's parked vehicle. MELENDEZ then stopped, turned back towards the victim, stepped off the curb and into the parking lane towards the Victim, and struck him twice on the back of his upper arm/shoulder area. While striking the

Victim, MELENDEZ simultaneously yelled "You're a fucking FBI Agent!" and continued, stating "You guys took all my shit!"

17.     The Victim was taken by surprise when struck. He immediately stepped back away from MELENDEZ to avoid her, told her not to touch him, and commanded her to get back. MELENDEZ disregarded the Victim's commands and continued approaching the Victim, encroaching on him, backing up, and encroaching on him again multiple times. At that point, the Victim tried to deescalate the situation by remaining quiet and continuing to back away from MELENDEZ when she approached.

18.     MELENDEZ continued yelling at the Victim, stating multiple times that she knew the Victim was an FBI Agent and that she would tell all the drug dealers that he was an FBI Agent so that they would shoot and kill him. The Victim felt intimidated and threatened by these statements.

19.     The interaction lasted approximately 90 seconds. During this time, MELENDEZ yelled to several passersby, shouting "Matalo!" which is a Spanish command, translated in English, meaning "Kill him!" MELENDEZ eventually walked away after turning back towards the Victim and continuing to yell multiple times. MELENDEZ is unknown to the Victim and the Victim had never seen MELENDEZ before, nor had he ever interacted with her before.

F.      **The Victim's Response**

20.     The interaction made the Victim fearful, intimidated, and he was shaken up immediately after MELENDEZ walked away. Due to this, the Victim immediately drove away in his FBI vehicle to further distance himself from MELENDEZ. He also notified another FBI Special Agent using his FBI-issued cell phone, and that agent immediately informed the Federal

Protective Service. FBI Security was also notified. The Victim parked elsewhere and returned to the Phillip Burton Federal Building to follow reporting procedures.

21. Security and other FBI employees attempted to locate MENELDEZ approximately 10 minutes later but were unable to find her at that time.

### G. Identification of Erika MELENDEZ

22. On March 1, 2024, the Victim was made aware that a subject matching the description of his assailant may be the same person responsible for another assault of an FBI employee on August 31, 2023.

23. As a result of that August 2023 incident, MELENDEZ was convicted of battery in San Francisco Criminal Court and required to follow a Stay Away Order, prohibiting her from being within 150 yards of the previous victim and 450 Golden Gate Avenue in San Francisco. Furthermore, an informational bulletin containing MELENDEZ's photograph and details pertaining to her assaultive behavior was displayed in FBI space, within 450 Golden Gate Avenue in San Francisco, for safety and awareness purposes of all FBI employees.

24. The Victim, after being made aware of that information, reviewed the photograph displayed, and positively identified MELENDEZ as the individual that assaulted and threatened him.

25. Additionally, several law enforcement and security officers who reviewed video surveillance footage of the incident, and who were familiar with MELENDEZ from the previous incident, also positively identified MELENDEZ as the individual depicted in the surveillance footage that assaulted the Victim on March 1, 2024.

### CONCLUSION

26. Based on the information set forth in this Affidavit, and my training and

experience, I respectfully submit that there is probable cause to believe that on March 1, 2024, Erika MELENDEZ forcibly assaulted the Victim, an employee of the United States Government, while the employee was engaged in his official duties, in violation of 18 U.S.C. § 111(a)(1), in the Northern District of California.

    Under penalty of perjury, I swear that the foregoing is true and correct to the best of my knowledge and belief.

/s/ Casey Smith

_____

Casey Smith
Special Agent
Federal Bureau of Investigation

Sworn and subscribed to me by telephone this ___4th___ day of March, 2024.

_____
HON. LAUREL BEELER
United States Magistrate Judge

9